UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Anne M. McElroy ) <br> ) <br> Defendant ) <br> ) | CASE NO. 1:12-CV-0141 |

SIRS:

PLEASE TAKE NOTICE THAT Plaintiff discontinues the above entitled action and the same hereby is discontinued, without prejudice, as of this date, without costs to either party as against the other.

DATED: April 21st, 2012
New York, New York

Respectfully submitted,

John Manfredi
(Bar No 515868)
Attorney for the United States of America
Manfredi Law Group, PLLC
302 East 19th Street, Suite 2A
New York, New York 10003
TELEPHONE NO.: 347 614 7006
FAX: 347 332 1740

TO: Anne M. McElroy
470 Cherry Plain Hill Road
Berlin, New York 12022

SO ORDERED:

1

_Gary L. Sharpe_
Chief Judge, US District Court NDNY
Date: April 26, 2012